UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CINDY L. MOLL,

                Plaintiff,

v.

TELESECTOR RESOURCES GROUP, INC.
d/b/a VERIZON SERVICES GROUP a/k/a
VERIZON NEW YORK, INC.,

                Defendant.

**DECISION AND ORDER**

04-CV-805S(Sr)

---

1.      Plaintiff commenced this employment discrimination action on October 5, 2004. The instant matter relates to Plaintiff's request to extend the Amended Case Management Order.

2.      The Court referred this case to the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, for all pretrial matters and for hearing and disposition of all non-dispositive motions or applications.

3.      On October 30, 2009, Judge Schroeder issued a Text Order granting Plaintiff's Motion to Expedite, but denying her Motion for an Extension of Time to Complete Discovery. (Docket No. 69.) Plaintiff timely filed objections to that portion of the Text Order denying her motion for an extension of time. (Docket No. 70.)

4.      This Court will reconsider a magistrate judge's decision on a nondispositive pretrial matter only "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); Local Rule 72.3(a)(2); Candelaria

1

<u>v. Baker</u>, 00-CV-0912E(Sr), 2006 WL 618576, at *1 (W.D.N.Y. Mar. 10, 2006).

5. Having reviewed Judge Schroeder's Text Order, the case history, Plaintiff's objections, Defendant's response, and Plaintiff's reply, this Court finds no clear error or misapplication of law. Accordingly, Plaintiff's Objections (Docket No. 70) to Magistrate Judge Schroeder's Text Order are DENIED.

SO ORDERED.

Dated: June 29, 2010
       Buffalo, New York

                                         <u>/s/William M. Skretny</u>
                                          WILLIAM M. SKRETNY
                                       United States District Judge